UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CATALINA VELAZQUEZ-TZEP,<br>Petitioner,<br>v.<br>TODD M. LYONS, et al,<br>Respondents. | Case No. 5:26-cv-03399-HDV-DTB<br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner filed Objections [Dkt. 34] to the Report and Recommendation have been filed herein.

Having conducted a *de novo* review of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge, with the exception that the Court finds that dismissal without prejudice of the Petition as moot is appropriate.

Dated: 11/02/26 ____________

HERNÁN D. VERA
United States District Judge