JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CATALINA VELAZQUEZ-TZEP, Petitioner, v. TODD M. LYONS, et al, Respondents. | Case No. 5:26-cv-03399-HDV-DTB **JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: 11/02/26

HERNÁN D. VERA
United States District Judge